# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MONTES,<br><br>    Plaintiff,<br><br>v.<br><br>DESERT COMMUNITY COLLEGE DISTRICT, a public entity; JULIE FREEDMAN-RESCIGNO, an individual; CARLOS MALDONADO, an individual; DOES 1-10<br><br>    Defendants. | Case No. 5:15-cv-01846-JGB-(DTBx)<br><br>**JUDGMENT IN A CIVIL ACTION** |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This action came on for Trial on April 25, 2017, the Honorable Jesus G. Bernal, Judge presiding.

The jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments from counsel, the jury was duly instructed by the Court and the cause was submitted to the jury. The jury deliberated and thereafter, returned into the Court with its verdict as follows:

"We, the jury, answered the questions submitted to us as follows":

1. Has Plaintiff proved by preponderance of the evidence that DESERT COMMUNITY COLLEGE DISTRICT denied full and equal accommodations to RAYMOND MONTES?

    Answer: No.

  4. Was the conduct of JULIE FREEDMAN-RESCIGNO outrageous?

    Answer: No.

It appearing by reason of said verdict that Plaintiff, RAYMOND MONTES shall receive nothing by way of his complaint and Defendants, DESERT COMMUNITY COLLEGE DISTRICT and JULIE FREEDMAN-RESCIGNO shall receive their costs of suit.

Date: May 22, 2017

The Honorable, Jesus G. Bernal