# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND MONTES,<br><br>    Plaintiff,<br><br>v.<br><br>DESERT COMMUNITY COLLEGE DISTRICT, a public entity; JULIE FREEDMAN-RESCIGNO, an individual; CARLOS MALDONADO, an individual; DOES 1-10<br><br>    Defendants. | Case No. 5:15-cv-01846-JGB-(DTBx)<br><br>**JUDGMENT IN A CIVIL ACTION** |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This Court, having on April 27, 2017 granted the motion of Defendant, CARLOS MALDONADO for a Judgment as a matter of law pursuant to Federal Rules of Civil Procedure §50(a),

IT IS ORDERED, ADJUDGED AND DECREED THAT:

Plaintiff, RAYMOND MONTES shall take nothing by way of his complaint against CARLOS MALDONADO and that Defendant, CARLOS MALDONADO shall recover from said Plaintiff his costs of suit.

Date: May 22, 2017

_____
The Honorable, Jesus G. Bernal

- 1 -

Case No.: 5:15-cv-01846-JGB-(DTBx)